**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6599**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

MICHAEL CROMWELL, a/k/a Mike Tyson, a/k/a Mikey, a/k/a Charlie,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:11-cr-00009-AWA-DEM-1)

_____

Submitted: August 18, 2016        Decided: August 23, 2016

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Cromwell, Appellant Pro Se. Joseph Evan DePadilla, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cromwell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cromwell</u>, No. 2:11-cr-00009-AWA-DEM-1 (E.D. Va. Oct. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>